**DOUGLAS L. RAPPAPORT (SBN 136194)**
The Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, CA 94111
Telephone: (415) 989-7900

Attorney for Defendant
**JAMES EDMONDS**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 10-00376 (JSW) |
| Plaintiff, | **MR. EDMONDS' POSITION REGARDING SENTENCING** |
| v. | |
| JAMES EDMONDS, | |
| Defendant. | |
| _____/ | |

Mr. Edmonds has entered into a plea agreement with the United States pursuant to Rules 11(c)(1)(A) and 11(c)(1)(C) of the Federal Rules of Criminal Procedure and is prepared to submit on the terms of that agreement, as well as the sentencing recommendation of Ms. Michelle Nero.

DATED: July 1, 2011          By:    /s/ Douglas L. Rappaport
                                    _____
                                    **DOUGLAS L. RAPPAPORT**
                                    Attorney for Defendant
                                    JAMES EDMONDS